

# Fourth Court of Appeals
## San Antonio, Texas

October 1, 2021

No. 04-20-00611-CV

**INTEREST OF L.J.L. AND J.W.L., MINOR CHILDREN**

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-08129
Honorable Angelica Jimenez, Judge Presiding

# O R D E R

Appellants' reply brief was due on September 27, 2021. *See* TEX. R. APP. P. 38.6(c). Before the due date, Appellants filed an unopposed motion for an extension of time to file the reply brief.

Appellants' motion is GRANTED. Appellants' reply brief is due on October 27, 2021. *See id.* R. 38.6(d).

It is so **ORDERED** on October 1, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT